NUMBERS 13-02-457-CR
and 13-02-591-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

PAUL
R. HENKE,                                                                   Appellant,

 

                                                   v.

 

THE
STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                         On appeal from the 36th District Court 

                                 of Aransas
County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, PAUL R. HENKE,
perfected appeals from judgments entered by the 
36th District Court of Aransas County,
Texas,  in cause numbers A-01-5121-CR
and A-02-5105-CR.  Appellant has
filed motions to withdraw his notices of appeal.  The motions comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motions to withdraw
his notices of appeal, is of the opinion that appellant's motions to withdraw
notices of appeal should be granted. 
Appellant's motions to withdraw his notices of appeal are granted, and
the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 14th
day of November, 2002.